EXHIBIT C (PAGE 1 of 4)



| Bill Haslam<br>GOVERNOR | STATE OF TENNESSEE<br>**DEPARTMENT OF CORRECTION**<br>4TH FLOOR RACHEL JACKSON BUILDING<br>320 SIXTH AVENUE NORTH<br>NASHVILLE, TENNESSEE 37243-0465<br>OFFICE (615) 741-1000  FAX (615) 532-8281 | Derrick Schofield<br>COMMISSIONER |
|---|---|---|

## MEMORANDUM

**TO:**       Wardens

**FROM:**  Derrick D. Schofield

**DATE:**   December 1, 2011

**SUBJECT:**   Inmate Personal Property

In accordance with Tennessee Department of Correction Policy #504.01, the following is a complete listing of personal property that inmates may possess within the six cubic feet limit other than exceptions. Restrictions or modifications to this list may be effected by institutional Wardens as outlined in Policy #504.01. Articles of State-issued property must comply with the provisions outlined in Policy #504.05.

### INMATE PERSONAL PROPERTY LIST

Clothing and Accessories (Limitations are provided for the number of each item an inmate may possess at any given time. Clothing, jewelry, and linens shall not have pictures, designs, symbols, or messages affiliated with security threat or ethnic groups).

1. Socks (12 pairs) (white or gray only or any combination of white and gray), colored socks to be retained until worn out
2. Shoes - 3 pairs, not including state-issued athletic-1 pair solid white, black, or gray; colored brand logos and stitching may be allowed, [(x) shower-1 pair], other-1 pair (includes house shoes, dress shoes, or boots (black or brown only; 12" total height, heel no more than 2", no steel toes except state issued, no buckles (those currently in inmate's possession may be retained) maximum value of $25 each)
3. T-shirts (12), solid white or gray only (no tank tops or muscle shirts)
4. Undershorts (12) (white or gray only), (bras and panties (12), female only), Thermal Underwear (2 sets, 2 tops and 2 bottoms).
5. Pajamas (2 pairs) - must not be transparent and must have the appearance of sleepwear
6. Bathrobe (1) - must not be transparent
7. # Gloves - work (1 pair); no leather allowed. Inmates admitted prior to January 15, 2002, may retain their leather gloves until they are worn out or discarded. They may not be replaced.
8. = Belt (2), limited to 3" in width, buckle not to exceed 3", except for weight belt as approved by the Warden
9. Handkerchiefs, white only (8)
10. Shoestrings (1 extra pair) (white or black only)
11. Billfold (1) (no chains may be attached to the billfold)

12. = Recreational clothing (2 sets) – white or gray only, sweatshirt, sweatpants or shorts (no hoods or turtlenecks) (shorts must be a minimum of 4" length from crotch, Spandex or similar materials not allowed)
13. Cap/toboggan (no more than 2), no ski masks, solid white or gray only (Warden's discretion for max)
14. State-issued clothing – jacket (1), pants (4), shirts (4)
15. Vinyl Poncho Rain Gear (1) (transparent vinyl only)

Jewelry

16. Watch and band (1), maximum replacement value is $10. Rings (2), maximum replacement value is no more than $25 each
17. Necklace (1) religious jewelry, includes medallion or plain necklace not to exceed 24", maximum replacement value is $30
18. Earrings (females only), 2 pairs, stud type, maximum replacement value no more than $15 per pair

Linen

19. Sheets and pillowcases, 2 sets, white only
20. Towels and washcloths, 4 each, white only
21. Blankets, 2 (state issue only)

Grooming and Toilet Articles

22. x Toothbrush (non-electric) (2) and toothbrush holder (2) (plastic only)
23. x Combs, brushes, hair picks (2) (includes Afro combs, plastic, and wood), no sharp pointed ends or metal
24. Disposable safety razors (maximum limit 10)
25. x Plastic cup w/lid - non-insulated (1)
26. x Soap dish (1) (plastic only)
27. Shower caps (limit 3)
28. Hair rollers/clips – [female only] (20)
29. Ponytail bands/holders, black/brown
30. Tweezers, round or square (1)

Reading and Writing Materials

31. # = Typewriter (1), portable, battery, electric, or manual, standard size, may possess word processing capability, may not include capability for removable storage media (floppy disk or tape), no modems, attachments, or removable parts such as monitors or displays; maximum replacement value is $25
32. Writing paper, stamps (maximum of 40), and envelopes
33. Reading material (includes books and magazines in compliance with Policies #112.05 and #507.02)
34. Pencils and ballpoint ink pens (purchased from commissary only)
35. Legal materials in the amount specified in Policy #504.01

### Appliances

36. c    Battery-operated or electric razor/beard trimmer (1)
37. c    TV (1) up to 15", (15" applies to flat screen TV only) must have earphone and jack for earphone (wireless headphones prohibited), no built-in VCR, cable box for TV (at institutions where applicable), maximum replacement value is $50. TV antennas only at facilities with approved policy exemptions (one converter box if needed).
38.    Remote control (1)
39.    TV splitter (1)
40.    Cable adapter (1)
41.    Coax cable (1) (maximum length – 9 feet)
42. *+=    Radio (1) - AM and FM only, not to exceed 18" x 24" in size, must have jack for earphone, non-detachable speakers, maximum replacement value $25
43. *+=    Tape player/recorder (1) - not to exceed 18" x 24" in size, must have jack for earphone, internal microphone only, maximum replacement value is $25
44. *+=    Compact disc player (1) - not to exceed 18" x 24" in size, must have jack for earphone, non-detachable speakers, remote control allowed, maximum replacement value is $25
45. +=    Compact disc player, AM/FM radio, cassette combination (1) - not to exceed 18" x 24" in size, must have jack for earphone, internal microphones only, non-detachable speakers, remote control allowed, maximum replacement value is $25
46. =c    Radio (1) - "Walkman" type only (with headphone or one-piece unit), no cassette, may not be taken to work site except by certain TRICOR programs approved by the Warden (Maximum custody excluded unless approved by the Warden).
47. +=    Tape/compact disc case (1) and a maximum combined number of 20 compact disc/audio cassettes including those used for voice mail (only clear plastic covers which can be seen through)
48. c    Headphones - to be used for items 37, 42, 43, 44, 45, and 46
49. c    Fan (1) 15" maximum, plastic housing and blades, and non-removable grill
50. =    Electric curling iron or rollers (female only)
51. =c    Hand-held electric hair dryer (1,500 watts or lower)
52. =c    Hotpot (1) (maximum custody excluded)

### Miscellaneous

53. =    Table game(s) non-electronic (2), no dice
54.    Photo album (1), no metal parts (maximum size 9 x 12)
55.    Photographs - no Polaroid-type pictures may be mailed to inmates
56. =    Musical instrument (1) (may be approved by the Warden during assignment to that facility only). Instruments with metallic strings may only be approved for inmates classified medium custody or below. Instruments with non-metallic strings may be approved by the Warden for inmates classified any custody. Stored as approved by the Warden/designee.
57. =    Batteries (rechargeable batteries are not permitted);
58. =    Sewing needle, 2" or less, and thread (as sold in commissary only)
59. x    Nail clippers (1) no file, 3" maximum length
60. =    Sunglasses, mirror lens not allowed, may be worn outdoors only unless medically required
61.    Floor rug (1) no larger than 3' x 5', fire-retardant label with non-skid back
62. =c    Surge suppressor (1) (limit 6 outlets)
63.    Mesh bags (2)
64. x    Bowl, cereal and lid (plastic) (1)
65.    Ice chest (maximum size – 2 gallon) (No Styrofoam at TDOC facilities) (limit 1 per inmate)
66.    Shoe polish, paste (1 of each neutral, white, or black) (non-toxic and non-flammable)
67.    Clear reading lamp and/or light bulb (1)

68. Clear container (1) per inmate from the approved catalog
69. Address book (1)
70. Clear calculator, small handheld
71. Items sold by the commissary may not be received through the mail except for postage stamps, and items identified in this memo, see (x) below.
72. Approved personal item (1) generated from within the institution as a result of vocational, recreational, or arts and crafts programs, as well as items permitted as a result of an incentive, honor, grade level, work, educational or religious program, may be permitted by the Warden, provided none constitutes a safety or security hazard and provided the six cubic feet limit is not exceeded. Any item in that section may be authorized only with the understanding that when the inmate is transferred to another institution, these items must be disposed of in accordance with Policy #504.02, if not allowed at the receiving institution.
73. Clear collapsible storage container
74. Sweatbands (2), white only (at Warden's discretion)
75. Du-rags (2) black only (not to be worn outside the housing unit)

\* Inmates may possess two of the three, and if those selections are made, #46 is not allowed.
+ Inmates admitted to TDOC prior to August 1, 1998, may possess these items only until they are released, or the items become inoperable.
= These items shall be taken when an inmate is placed on administrative segregation and then removed from the institution, except batteries for TV remote control.
\# Inmates admitted to TDOC prior to January 15, 2002, may possess these items only until they are released or until the item becomes inoperative.
c Items purchased after January 15, 2002, must have transparent plastic cover/housing.
x Items that can be sold by the commissary and purchased through the approved catalog.

DDS:RVH:RLJ

pc: Cathy Posey, Deputy Commissioner
Reuben V. Hodge, Assistant Commissioner of Operations
Assistant Commissioner of Administrative Services
William Gupton, Assistant Commissioner of Rehabilitative Services
Central Office Directors
Sam DiNicola, Superintendent TCA
Cile Crowder, Policy Development Manager
Historical File #504.01