No. 3-14-CV-01750

Chief Judge Sharp                                    3/3/15

I am informing the court that South Central Correctional Facility was placed on lockdown on 2-22-15. I am unable to respond back to the defendants motion. Due to that we are still placed on lockdown. Im asking the court respectfully for a delay or extension of time until we came off lockdown to file a response to the defendants motions.

Respectfully submitted
Monto Adams

RECEIVED
IN CLERK'S OFFICE
MAR 09 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Montez Adams #356738
S.C.C.F.
P.O. Box 279
Clifton, Tn. 38425

RECEIVED
IN CLERK'S OFFICE
MAR 09 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk, U.S. District Court
800 U.S. Courthouse
Nashville, Tn. 37203