UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BERT NEWBY and MONTEZ ADAMS ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | No. 3:14-1750 |
| ) | Judge Sharp |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTIONS, et al. ) | |
| ) | |
| Defendants ) | |

# ORDER

In this case in which Plaintiffs have taken no action since August 27, 2015, several Defendants have filed a Motion to Dismiss for Failure to Prosecute (Docket No. 154). Additionally, the Magistrate Judge has entered a Report and Recommendation (Docket No. 155) recommending that this case be dismissed for Plaintiffs' failure to Comply with a prior Order granting Defendant Corrections Corporation of America's Motion to Compel. Plaintiff's have not responded to the Motion to Dismiss, complied with the Order, or objected to the R & R.

Have considered the record *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court rules as follows:

(1) The R & R is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion to Dismiss is GRANTED;

(3) All remaining Motions are DENIED AS MOOT; and

(4) This case is hereby DISMISSED for failure to prosecute and for failure to comply with this Court's Order.

The Clerk of the Court shall enter a final judgment.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE